**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Majid Mahfouz THABATEH, Defendant—Appellant.**

No. 01–50421.

D.C. No. CR–97–00037–RJT–01.

United States Court of Appeals, Ninth Circuit.

Submitted May 6, 2002.*

Decided May 16, 2002.

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

Before HAWKINS and FISHER, Circuit Judges, and WEINER,** District Judge.

### ORDER ***

Plaintiff–Appellee's Motion to Dismiss Appeal for Mootness is GRANTED.

APPEAL DISMISSED.

** Honorable Charles R. Weiner, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

